```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF MISSISSIPPI
                  NORTHERN DIVISION
```

ARBRA SHORTER                                              PLAINTIFF

VS.                              CIVIL ACTION NO. 3:21-CV-672-TSL-RPM

MARTIN PACE and WARREN COUNTY                             DEFENDANTS

<u>ORDER</u>

This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge Robert Myers, and the court, having fully reviewed the report and recommendation entered in this cause on January 18, 2023, and being duly advised in the premises and there being no objection filed by plaintiff, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Robert Myers entered on January 18, 2023, be, and the same is hereby adopted as the finding of this court.  It follows that the complaint is dismissed with prejudice.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 14th day of February, 2023.

                <u>/s/ Tom S. Lee</u>
                UNITED STATES DISTRICT JUDGE